IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LAWRENCE SHEPPARD,                          *

        Plaintiff,                          *

v.                                              Case No. 4:25-cv-12-CDL-AGH

                                                 *

COMMISSIONER OF SOCIAL SECURITY,

                                                 *

        Defendant.                          *

                                                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2026, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 23rd day of March, 2026.

                                David W. Bunt, Clerk

                                s/ Elizabeth S. Long, Deputy Clerk